**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 2 0 2019

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 19-4280 JB |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 875(c): Interstate |
| vs. ) | Communications Containing a Threat to |
| ) | Injure the Person of Another. |
| LAWRENCE KENNETH GARCIA, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about November 4, 2019, in Bernalillo County, in the District of New Mexico, the defendant, **LAWRENCE KENNETH GARCIA**, transmitted in interstate and foreign commerce communications containing a threat to injure the person of another.

In violation of 18 U.S.C. § 875(c).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney

11/13/2019 11:10 AM