PS8
(8/88)

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Lawrence Kenneth Garcia**          Docket No. 1:19CR04280-001JB

Petition for Action on Conditions of Pretrial Release

COMES NOW **Jeffrey Martinez-Spelich** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Lawrence Kenneth Garcia** who was placed under pretrial release supervision by the Honorable John F. Robbenhaar, United States Magistrate Judge, sitting in the court at **Albuquerque, New Mexico**, on December 14, 2020, with conditions which included the following:

(7)(m) The defendant must not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

(7)(n) The defendant must submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On April 8, 2021, the defendant submitted to a random drug test at A New Awakening. On April 14, 2021, the results of this drug test returned positive for cannabinoids. This sample was sent for confirmation with Abbot Laboratories. On April 26, 2021, the results from Abbot Laboratories returned positive for marijuana.

On April 21, 2021, the defendant submitted to a random drug test at A New Awakening. On April 26, 2021, the results of this drug test returned positive for cannabinoids. This sample was sent for confirmation with Abbot Laboratories. On May 3, 2021, the results from Abbot Laboratories returned positive for marijuana.

On May 3, 2021, the defendant reported to A New Awakening for a random urine analysis drug test. According to the incident report from A New Awakening, the defendant and the technician went into the UA room and started the UA process like normal. As soon as the defendant went into the stall, he brought out a plastic bottle that looked like a holy water bottle filled with a green liquid and poured the liquid into the UA specimen bottle. The defendant then sealed it and put the other bottle back into his pocket.

# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **May 5, 2021**

_____
Jeffrey Martinez-Spelich
Senior United States Probation Officer

Place: **Albuquerque, New Mexico**