FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 19-CR-4280 JB |
| vs. | ) | |
| LAWRENCE GARCIA, | ) | |
| Defendant. | ) | |

### ORDER MODIFYING CONDITIONS OF RELEASE TO REMOVE THIRD PARTY CUSTODIAN

THIS MATTER came before the Court upon *Defendant's Unopposed Motion to Modify Conditions of Release to Remove Third Party Custodian* [Doc. 72], and the Court aware of the circumstances, including that United States Probation Officer Jeff Martinez-Spelich and Assistant United States Attorney Rumaldo Armijo do not oppose Defendant's requested modification to the conditions of his release,

IT IS HEREBY ORDERED, that Gene Garcia is removed as the third party custodian. All other previously imposed conditions of release shall remain in place.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

Mallory Gagan
Assistant Federal Public Defender
Attorney for Defendant